UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Masood Sajady and Tracy Sajady,

    Debtors.

BKY No. 09-44309
Adv. No. 09-04324
Chapter 7

**SUBSTITUTION OF ATTORNEY**

---

1. The Debtors, Masood Sajady and Tracy Sajady, make this Substitution of Attorney.

2. Pursuant to Local Rule 9010-3, Debtors wish to substitute James T. Anderson and Morris Law Group P.A. ("Substituted Attorney") of 7241 Ohms Lane, Suite 275, Edina, MN 55439 as attorney for Debtors for the purpose of rendering professional services in all matters related to the Debtors' bankruptcy case and adversary proceeding.

3. The Debtors' bankruptcy petition was originally filed by David C. Olson and Lanners and Olson, P.A. ("Original Attorney").

4. The Substituted Attorney shall be substituted as attorney of record in place and instead of the Original Attorney.

I consent to the above substitution.

Date: 1-29-10  Signed: _____
                           Masood Sajady, Debtor

I consent to the above substitution.

Date: 1-29-10  Signed: _____
                           Tracy Sajady, Joint Debtor

I accept the above substitution.

Date: 1/27/10  Signed: _____
                           David Olson, Original Attorney

1

I accept the above substitution.

Date: 1/27/10          Signed: _____
                       James T. Anderson, Substituted Attorney

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA
_____

In re:

Sajady, Masood and Tracy           Case No. BKY 09-44309

         Adv. No. 09-04324

         Chapter 7

     Debtors.

_____

**CERTIFICATE OF SERVICE**
_____

      I James T. Anderson, do hereby certify that on February 2, 2010 the below listed document was filed with the Clerk of Court via ECF, and served upon all parties in interest and other entities specified in Local Rule 9010-13(e) listed on the attached service list by first class U.S. mail.

      1. Substitution of Counsel; and
      2. Certificate of Service.

Dated: February 2, 2010          **MLG BANKRUPTCY GROUP, P.L.L.C.**

         By: /s/ James T. Anderson
         James T. Anderson (#0388199)
         MLG Bankruptcy Group, PLLC
         7241 Ohms Lanes, Suite 240
         Edina, MN 55439
         Phone  (952) 841-0000
         Fax     (952) 841-9000

**Sajady, Masood and Tracy
Chapter 7 Bankruptcy
Case No. 09-44309**

**SERVICE LIST**

Service was affected upon the following parties by First Class U.S. Mail:

Recovery Management Systems Corp
25 SE 2nd Ave
Suite 1120
Miami, FL 33131

ACADEMY COLLECTION SERVICE, INC
10965 DECATUR ROAD
PHILADELPHIA, PA 19154-3210

AUPAIR
9 WEST BROAD STREET
STANFORD, CT 06902

AURORA LOAN SERVICES
10650 PARK MEADOWS DRIVE
LITTLETON, CO 80124

BANK OF AMERICA
P O BOX 851001
DALLAS, TX 75285

CHASE
CARDMEMBER SERVICE
P O BOX 94014
PALATINE, IL 60094

CHROME
700 NE MULTNOMANH, STE 1500
PORTLAND, OR 79232

Chase Bank USA NA
PO Box 15145
Wilmington, DE 19850-5145

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

FIA CARD SERVICES, NA/BANK OF AMERICA
BY AMERICAN INFOSOURCE LP AS ITS AGENT
PO Box 248809
Oklahoma City, OK 73124-8809

HOME DEPOT CREDIT SERVICES
P O BOX 6028
THE LAKES, NV 88901-6028

KIA MOTORS FINANCIAL COMPANY
P O BOX 78047
PHOENIX, AZ 85062-8049

NATIONAL CITY
P O BOX 856176
LOUISVILLE, KY 40285

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415

WELLS FARGO
P O BOX 54780
LOS ANGELES, CA 90054-0780

Wells Fargo Bank N A
4137 121st Street
Urbandale IA 50323

David C Olson
Lanners and Olson, P.A.
12805 Hwy 55, Suite 102
Plymouth, MN 55441

FRED W RADDE
PO BOX 70
NEW GERMANY, MN 55367